**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Kid Brands, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**22-1815337** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**301 Route 17 North**<br>**6th Floor**<br>**Rutherford, NJ 07070**  ZIP CODE **07070-0000** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Bergen** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

---
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**B1 (Official Form 1) (04/13)** **Page 2**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Kid Brands, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **See Attached Schedule 1** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) **Page 3**

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kid Brands, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>**X** _____<br>Signature of Debtor<br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** */s/ Kenneth A. Rosen*<br>Signature of Attorney for Debtor(s)<br>**Kenneth A. Rosen (KR 4963)**<br>**S. Jason Teele (ST 7390)**<br>Printed Name of Attorney for Debtor(s)<br>**Lowenstein Sandler LLP**<br>Firm Name<br>**65 Livingston Avenue**<br>**Roseland, NJ 07068**<br>Address<br><br>**(973) 597-2500 Fax:(973) 597-2400**<br>Telephone Number<br>June 18, 2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>**X** */s/ Glenn Lanagberg*<br>Signature of Authorized Individual<br>**Glenn Langberg**<br>Printed Name of Authorized Individual<br>**Chief Restructuring Officer**<br>Title of Authorized Individual<br>June 18, 2014<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**KID BRANDS, INC.**

**SCHEDULE 1**

Pending Bankruptcy Cases Filed by Affiliates of the Debtor.

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

1. Kids Line, LLC
2. Sassy, Inc.
3. I&J HoldCo, Inc.
4. LaJobi, Inc.
5. CoCaLo, Inc.
6. RB Trademark Holdco, LLC

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of New Jersey

In re **Kid Brands, Inc.**
Debtor(s)

Case No.
Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **1-8681**.

2. The following financial data is the latest available information and refers to the debtor's condition on **April 30 2014**.

   a. Total assets                                            $  **32,407,259.00**[*]

   b. Total debts (including debts listed in 2.c., below)     $  **109,154,955.26**

   c. Debt securities held by more than 500 holders:

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ **0.00** | **0** |

   d. Number of shares of preferred stock     **22,142,230**     **1,328,533**

   e. Number of shares common stock           **0**             **0**

   Comments, if any:

3. Brief description of Debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

---

[*] **Book value. Not necessarily indicative of of market value. All rights are reserved.**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

# United States Bankruptcy Court
**District of New Jersey**

In re **Kid Brands, Inc.**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Kid Brands, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

June 18, 2104

Date

*/s/ Kenneth A. Rosen*

**Kenneth A. Rosen (KR 4963)**
**S. Jason Teele (ST 7390)**
Signature of Attorney or Litigant
Counsel for **Kid Brands, Inc.**
**Lowenstein Sandler LLP**
**65 Livingston Avenue**
**Roseland, NJ 07068**
**(973) 597-2500 Fax:(973) 597-2400**

# United States Bankruptcy Court
## District of New Jersey

In re Kid Brands, Inc., *et al.*,[1]

Debtor(s)

Case No. **14-**
Chapter **11**

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| U.S. Customs and Border Protection<br>1100 Raymond Boulevard<br>Newark, NJ 07102 | U.S. Customs and Border Protection<br>1100 Raymond Boulevard<br>Newark, NJ 07102<br>973-368-6048 | Other | Unliquidated | $14,056,244.56 (Est) |
| Jiashan Zhenxuan Furniture Co., Ltd.<br>No 58 Taisheng Road,<br>Huiman Town<br>Jiashan County<br>Zhejiang Province<br>China | Jiashan Zhenxuan Furniture Co., Ltd.<br>No 58 Taisheng Road,<br>Huiman Town<br>Jiashan County<br>Zhejiang Province<br>China | Trade Debt | | $2,143,381.38 |
| Chien (Vietnam) Furniture Mfd. Co. Ltd.<br>Lot 24 Tam Phuoc Industrial Zone<br>Tam Phuoc Ward Bien Hoa City<br>Dongnai Province<br>Vietnam | Chien (Vietnam) Furniture Mfd. Co. Ltd.<br>Lot 24 Tam Phuoc Industrial Zone<br>Tam Phuoc Ward Bien Hoa City<br>Dongnai Province<br>Vietnam | Trade Debt | | $2,081,152.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are Kid Brands, Inc. (5337), Kids Line, LLC (0448), Sassy, Inc. (9722), I&J Holdco, Inc. (1543), LaJobi, Inc. (1450), CoCaLo, Inc. (3844), and RB Trademark Holdco, LLC (0611). The Debtors' corporate headquarters are located at 301 Route 17 North, 6th Floor, Rutherford, New Jersey 07070.

| In re | **Kid Brands, Inc., *et al.*** | | Case No. | **14-** |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | **11** |

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

**(Continuation Sheet)**

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Sino Universe Limited**<br>**B6, 18/F.**<br>**Kong Nam Industrial Building**<br>**603-609 Castle Peak Road**<br>**Tsuen Wan, Hong Kong** | **Sino Universe Limited**<br>**B6, 18/F.**<br>**Kong Nam Industrial Building**<br>**603-609 Castle Peak Road**<br>**Tsuen Wan, Hong Kong**<br>**852-2421 9172** | **Trade Debt** | | $1,403,973.28 |
| **Allied Hill Enterprise Ltd.**<br>**Suite 507, Silvercord, Tower 1**<br>**30 Canton Road, T.S.T.**<br>**Kowloon, Hong Kong** | **Allied Hill Enterprise Ltd.**<br>**Suite 507, Silvercord, Tower 1**<br>**30 Canton Road, T.S.T.**<br>**Kowloon, Hong Kong**<br>**852-2368 5328** | **Trade Debt** | | $1,228,109.22 |
| **York River Products Limited**<br>**Unit 304-305, 3rd Floor**<br>**Camelpaint Centre**<br>**No. 1 Hing Yip Street**<br>**Kwun Tong**<br>**Kowloon, Hong Kong** | **York River Products Limited**<br>**Unit 304-305, 3rd Floor**<br>**Camelpaint Centre**<br>**No. 1 Hing Yip Street**<br>**Kwun Tong**<br>**Kowloon, Hong Kong**<br>**852-2780 3622** | **Trade Debt** | | $1,132,546.72 |
| **Bold Well Industrial Ltd.**<br>**Room 1371, 13/F., Kitec**<br>**1 Trademark Drive**<br>**Kowloon Bay, Hong Kong** | **Bold Well Industrial Ltd.**<br>**Room 1371, 13/F., Kitec**<br>**1 Trademark Drive**<br>**Kowloon Bay, Hong Kong**<br>**852-2174 0988** | **Trade Debt** | | $1,080,441.87 |
| **Kid's Basics**<br>**6955 NW 36th Ave**<br>**Miami, FL 33147** | **Kid's Basics**<br>**6955 NW 36th Ave**<br>**Miami, FL 33147** | **Trade Debt** | | $1,020,048.05 |
| **Sunburst International**<br>**123 Jinhui Road West**<br>**Ningbo Zhejiang**<br>**China 315104** | **Sunburst International**<br>**123 Jinhui Road West**<br>**Ningbo Zhejiang**<br>**China 315104**<br>**86-574-88169932** | **Trade Debt** | | $1,773,871.00 |
| **Yan Tai Pacific Home**<br>**Fashion Co. Ltd.**<br>**No. 28 Ying Fu Rd Fushan**<br>**Yantai Shandong**<br>**China 265500** | **Yan Tai Pacific Home**<br>**Fashion Co. Ltd.**<br>**NO. 28 Ying Fu Rd Fushan**<br>**Yantai Shandong**<br>**China 265500**<br>**(008) 653-5801** | **Trade Debt** | | $1,074,314.91 |
| **Johnsonwood Co Ltd.**<br>**Tam Phuoc Industrial Zone**<br>**Long Thanh Dist. Bien Hoa City**<br>**Dongnai Province**<br>**Vietnam** | **Johnsonwood Co Ltd.**<br>**Tam Phuoc Industrial Zone**<br>**Long Thanh Dist. Bien Hoa City**<br>**Dongnai Province**<br>**Vietnam** | **Trade Debt** | | $902,033.60 |

In re **Kid Brands, Inc., *et al.***                                                      Case No. **14-**
                                Debtor(s)                                                 Chapter **11**

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
**(Continuation Sheet)**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>212-836-8000 | Trade Debt | | $642,086.99 |
| StructureTone<br>10 Woodbridge Center Drive<br>Woodbridge, NJ  07095 | StructureTone<br>10 Woodbridge Center Drive<br>Woodbridge, NJ  07095<br>732-362-3500 | Trade Debt | | $630,340.55 |
| Jiangsu Textile Industry (Group) Import & Export Co., Ltd.<br>Rm. 803, Textile Mansion<br>Nanjing China  210002 | Jiangsu Textile Industry (Group) Import & Export Co., Ltd.<br>Rm. 803, Textile Mansion<br>Nanjing China  210002<br>(008) 625-8441 | Trade Debt | | $621,789.00 |
| Linyi Tianshi Wood Co. Ltd.<br>Western Huanghai Rd.<br>Junan County Shandong<br>China | Linyi Tianshi Wood Co. Ltd.<br>Western Huanghai Rd.<br>Junan County Shandong<br>China | Trade Debt | | $512,469.30 |
| Solid Toys Ind. Ltd.<br>Unit 35, 19/F., Block D<br>Wah Lok Inc. Ind. Centre<br>37-41 Shan Mei St., Fotan<br>Shatin, Hong Kong | Solid Toys Ind. Ltd.<br>Unit 35, 19/F., Block D<br>Wah Lok Inc. Ind. Centre<br>37-41 Shan Mei St., Fotan<br>Shatin, Hong Kong<br>852-2695 1103 | Trade Debt | | $493,465.57 |
| Yangzhou Fuhua Arts<br> & Crafts Co. Ltd.<br>16# Chuangye Road<br>Guangling Industrial Park<br>Yangzhou Province<br>China 225006 | Yangzhou Fuhua Arts<br> & Crafts Co. Ltd.<br>16# Chuangye Road<br>Guangling Industrial Park<br>Yangzhou Province<br>China 225006<br>86-514-8790-3115 | Trade Debt | | $572,293.40 |
| Shanghai Dragon Corporation<br>Rm. 717, 333 JinXiang Rd.<br>Pudong Shanghai<br>China 201206 | Shanghai Dragon Corporation<br>Rm. 717, 333 JinXiang Rd.<br>Pudong Shanghai<br>China 201206<br>(862) 150-8911 | Trade Debt | | $391,663.76 |
| Amwan Inc.<br>16039 Loukelton Street<br>City of Industry, CA 91744 | Amwan Inc.<br>16039 Loukelton Street<br>City of Industry, CA 91744 | Trade Debt | | $367,428.69 |
| Style Craft Furniture Co., Ltd.<br>PO Box 957<br>Offshore Incorporations Center Rd.<br>Tortola, British Virgin Islands | Style Craft Furniture Co., Ltd.<br>PO Box 957<br>Offshore Incorporations Center Rd.<br>Tortola, British Virgin Islands | Trade Debt | | $331,816.00 |

| In re | Kid Brands, Inc., *et al.* | | Case No. | **14-** |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | **11** |

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

**(Continuation Sheet)**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Solomon Edwards** 1255 Drummers Lane Suite 200 Wayne, PA 19087 | **Solomon Edwards** 1255 Drummers Lane Suite 200 Wayne, PA 19087 610-902-0440 | **Trade Debt** | | **$323,103.75** |
| **Kunshan Haihe Hardware Mfg. Co., Ltd.** Hua Yang Lane of Jin Yang East Road Lujia Town, Kunshan Jiangsu, China | **Kunshan Haihe Hardware Mfg. Co., Ltd.** Hua Yang Lane of Jin Yang East Road Lujia Town, Kunshan Jiangsu, China 86-512-57288518 57877668 | **Trade Debt** | | **$314,617.10** |
| **Littler Mendelson** 650 California Street 20th Floor San Francisco, CA 94108 | **Littler Mendelson** 650 California Street 20th Floor San Francisco, CA 94108 415-433-1940 | **Trade Debt** | | **$313,120.72** |
| **Green Toyland Limited** 2nd Floor, Myung-Min Bldg. 16-11, Karak Bon-Dong Seoul, Korea | **Green Toyland Limited** 2nd Floor, Myung-Min Bldg. 16-11, Karak Bon-Dong Seoul, Korea 822-402-8107 | **Trade Debt** | | **$290,613.62** |
| **Canfat Manufacturing** Flat A3, 9th Floor, Block A Mai Hing Industrial Building 16-18, Hing Yip Street Kwun Tong, Hong Kong | **Canfat Manufacturing** Flat A3, 9th Floor, Block A Mai Hing Industrial Building 16-18, Hing Yip Street Kwun Tong, Hong Kong 852-2487 7112 | **Trade Debt** | | **$260,525.82** |
| **Goodbaby (Hong Kong) Limited** Room 2001, 20th Floor Two Chinachem Exchange Square 338 King's Road North Point, Hong Kong | **Goodbaby (Hong Kong) Limited** Room 2001, 20th Floor Two Chinachem Exchange Square 338 King's Road North Point, Hong Kong | **Trade Debt** | | **$206,580.63** |
| **Sheba Toys Co. Ltd.** 6th F/L, Maru Bldg. 261-2, Yangjae-Dong Seocho-Gu Seoul, Korea | **Sheba Toys Co. Ltd.** 6th F/L, Maru Bldg. 261-2, Yangjae-Dong Seocho-Gu Seoul, Korea | **Trade Debt** | | **$182,893.72** |
| **Creative Promotional Products** 7300 N Monticello Skokie, IL 60076 | **Creative Promotional Products** 7300 N Monticello Skokie, IL 60076 847-677-4800 | **Trade Debt** | | **$179,460.48** |

| In re | **Kid Brands, Inc., *et al.*** | | Case No. | **14-** |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | **11** |

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
**(Continuation Sheet)**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **San Diego Personnel & Employment Agency Inc. P.O. Box 150990 Ogden, UT 84415** | **San Diego Personnel & Employment Agency Inc. P.O. Box 150990 Ogden, UT 84415 323-927-2327** | **Trade Debt** | | **$150,093.90** |
| **Wing Fat Plastic & Electric Rm 625-654, 6/F SuiFai FTY Estat5-13, ShanMei St, Fo Tane Sha Tin, Hong Kong** | **Wing Fat Plastic & Electric Rm 625-654, 6/F SuiFai FTY Estat5-13, ShanMei St, Fo Tane Sha Tin, Hong Kong 852-2688-0767** | **Trade Debt** | | **$148,633.62** |

| | |
|---|---|
| In re  **Kid Brands, Inc., *et al.*** | Case No.  **14-** |
| Debtor(s) | Chapter  **11** |

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
**(Continuation Sheet)**

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, Glenn Langberg, the Chief Restructuring Officer of the corporation named as the Debtors in these Chapter 11 Cases, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| Date **June 18, 2014** | Signature | */s/ Glenn Langberg* |
| | | **Glenn Langberg** |
| | | **Chief Restructuring Officer** |

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

## CERTIFICATE of SECRETARY of
## KID BRANDS, INC.

The undersigned, Jodie Simon Friedman, does hereby certify that she is the duly elected, acting and qualified Secretary of Kid Brands, Inc., a New Jersey corporation (the "Corporation").

In my capacity as Secretary, I hereby certify as follows:

Authorizing Resolutions. Attached hereto as Exhibit A is a true, correct and complete copy of the resolutions duly adopted by the Board of Directors (the "Board") of the Corporation at a meeting of the Board held on June 17, 2014, authorizing the bankruptcy filing and all other related matters as set forth therein.

[*Signature Page Follows*]

IN WITNESS WHEREOF, I have hereunto set my hand as of this 18th day of June, 2014.

                         KID BRANDS, INC.

                         By: _____
                         Name: Jodie Simon Friedman
                         Title:   Corporate Secretary

I, Kerry A. Carr, Executive Vice President, Chief Operating Officer and Chief Financial Officer of the Corporation, do hereby certify that Jodie Simon Friedman is the duly elected, qualified and acting Secretary of the Corporation and that the signature above is her true and genuine signature.

                         _____
                         Title: Executive Vice President, Chief Operating Officer and Chief Financial Officer

EXHIBIT A
TO
SECRETARY'S CERTIFICATE

Resolutions of the Board of Directors

See attached.

# RESOLUTIONS
# OF THE
# BOARD OF DIRECTORS
# OF
# KID BRANDS, INC.

**WHEREAS**, the board of directors (the "Board") of Kid Brands, Inc., a New Jersey corporation (the "Company") has reviewed and considered the financial and operational condition of the Company on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the liquidity of the Company, the market for the Company's products and services, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

**WHEREAS**, the Board had the opportunity to consult with, and has received, reviewed, and fully considered the recommendations of, the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, IT IS**:

**RESOLVED** that, in the judgment of the Board, having reviewed and considered the financial and operational condition on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the liquidity of the Company, the market for the Company's products and services, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business, it is desirable and in the best interests of the Company, and its creditors, stockholders, and other interested parties, that a voluntary petition be filed by the Company and certain direct and indirect wholly-owned subsidiaries of the Company under the provisions of chapter 11 of the Bankruptcy Code (the "Chapter 11 Case");

**RESOLVED FURTHER** that Raphael Benaroya, Chief Executive Officer, Kerry Carr, Chief Operating Officer and Chief Financial Officer, Jodie Simon Friedman, Vice President and General Counsel, and the duly appointed Chief Restructuring Officer of the Company, if any, each acting alone or together with one or more other proper officers of the Company (each, an "Officer" and collectively, the "Officers") be, and each are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that they deem necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**RESOLVED FURTHER** that the law firm of Lowenstein Sandler LLP be employed as counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the

Company's rights, including, the preparation of pleadings and filings in connection with the Chapter 11 Case, the Officers of the Company are, and any one of them acting alone is, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain services of Lowenstein Sandler LLP;

**RESOLVED FURTHER**, that PricewaterhouseCoopers LLP be employed as financial advisor to the Company to assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in connection with the Chapter 11 Case, the Officers of the Company are, and any one of them acting alone is, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain services of PricewaterhouseCoopers LLP;

**RESOLVED FURTHER**, that GRL Capital Advisors be retained to provide a chief restructuring officer to the Company and, that Glenn Langberg be appointed as the Chief Restructuring Officer of the Company, and the Officers of the Company, are, and any one of them acting alone is, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain services of GRL Capital Advisors and Glenn Langberg;

**RESOLVED FURTHER**, that Rust Consulting/Omni Bankruptcy be employed retained as claims and noticing agent to the Company on such terms and conditions as may be agreed to in the name and on behalf of the Company, the Officers of the Company, are, and any one of them acting alone is, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain services of Rust Consulting/Omni Bankruptcy;

**RESOLVED FURTHER**, that the Officers of the Company be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company as are deemed necessary or advisable to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, including, without limitation, to provide a Chief Restructuring Officer to the Company, and in connection therewith, the Officers of the Company are, and any one of them acting alone is, hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms;

**RESOLVED FURTHER**, that the Officers are, and any one of them acting alone is, hereby authorized and empowered to execute, deliver, file, and perform any agreement, document, or any amendment to the foregoing, in the name and on behalf of the Company, as may be necessary for the Company to obtain post-petition financing and engage in any sales for a portion or substantially all of the Company's assets, and to take such other action, as may be directed by an Officer in connection with the consummation of such transactions all on such

terms as the Officers deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**RESOLVED FURTHER**, that the granting by the Company of liens on and security interests in any collateral in connection with the transactions contemplated by the foregoing resolutions, and the filing and recording of any Uniform Commercial Code financing statements or any other document necessary to perfect each of the security interest contemplated thereby, or to renew, maintain or preserve such perfected security interest, be, and they hereby are, authorized and approved in all respects and the Officers are, or any one of them acting alone is, hereby authorized and directed to execute and deliver any such other collateral documents or instruments, each as the Officers executing same shall deem necessary or appropriate, and to take such actions as may be necessary or advisable to consummate the transactions contemplated thereby;

**RESOLVED FURTHER**, that the Officers are, and any one of them acting alone is, hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deeds, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as such Officers, and any of them, may deem necessary or advisable in connection with any financing arrangement or the process for the possible sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof; and

**RESOLVED FURTHER**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the Company's management, officers, and directors, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.
.

[Signature Page Follows]