# United States Bankruptcy Court
## District of New Jersey

In re: **Kid Brands, Inc.**
Debtor(s)

Case No. **14-22582 (DHS)**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtors' creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| U.S. Customs and Border Protection<br>1100 Raymond Boulevard<br>Newark, NJ 07102 | U.S. Customs and Border Protection<br>1100 Raymond Boulevard<br>Newark, NJ 07102<br>973-368-6048 | Other | Unliquidated | $14,056,244.56 (Est) |
| Kaye Scholer LLP<br>Mail Code 81<br>PO Box 11839<br>Newark, NJ 07101 | Kaye Scholer LLP<br>Mail Code 81<br>PO Box 11839<br>Newark, NJ 07101 | Trade Debt | | $642,086.99 |
| StructureTone<br>10 Woodbridge Center Drive<br>Woodbridge, NJ 07095 | StructureTone<br>10 Woodbridge Center Drive<br>Woodbridge, NJ 07095 | Trade Debt | | $630,340.55 |
| Solomon Edwards<br>PO Box 91053<br>Rochester, NY 14692 | Solomon Edwards<br>PO Box 91053<br>Rochester, NY 14692 | Trade Debt | | $323,103.75 |
| Littler Mendelson<br>PO Box 45547<br>San Francisco, CA 94145 | Littler Mendelson<br>PO Box 45547<br>San Francisco, CA 94145 | Trade Debt | | $313,120.72 |
| The Furniture X-Change<br>2300 US Hwy 1 North<br>North Brunswick, NJ 08902 | The Furniture X-Change<br>2300 US Hwy 1 North<br>North Brunswick, NJ 08902 | Trade Debt | | $120,914.00 |
| KPMG LLP TX<br>Dept 0511<br>PO Box 120511<br>Dallas, TX 75312-0511 | KPMG LLP TX<br>Dept 0511<br>PO Box 120511<br>Dallas, TX 75312-0511 | Trade Debt | | $112,100.00 |
| Sharretts, Paley, Carter & Blauvelt, P.C.<br>75 Broad Street<br>New York, NY 10004 | Sharretts, Paley, Carter & Blauvelt, P.C.<br>75 Broad Street<br>New York, NY 10004 | Trade Debt | | $89,849.02 |
| Schiff Hardin LLP<br>233 South Wacker Drive<br>Chicago, IL 60606 | Schiff Hardin LLP<br>233 South Wacker Drive<br>Chicago, IL 60606 | Trade Debt | | $87,694.79 |

| In re | **Kid Brands, Inc.** | | Case No. | **14-22582 (DHS)** |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | **11** |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
**(Continuation Sheet)**

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Deloitte & Touche LLP**<br>PO Box 7247-6446<br>Philadelphia, PA 19170 | **Deloitte & Touche LLP**<br>PO Box 7247-6446<br>Philadelphia, PA 19170 | **Trade Debt** | | **$73,597.58** |
| **Thompson Hine LLP**<br>35 Madison Ave<br>New York, NY 10017 | **Thompson Hine LLP**<br>35 Madison Ave<br>New York, NY 10017 | **Trade Debt** | | **$65,433.50** |
| **St. Onge Company**<br>1400 Williams Road<br>York, PA 17402 | **St. Onge Company**<br>1400 Williams Road<br>York, PA 17402 | **Trade Debt** | | **$61,798.64** |
| **FTI Consulting- FD**<br>PO Box 418005<br>Boston, MA 02241 | **FTI Consulting- FD**<br>PO Box 418005<br>Boston, MA 02241 | **Trade Debt** | | **$54,506.25** |
| **NYSE Market, Inc.**<br>Box #223695<br>Pittsburgh, PA 15251 | **NYSE Market, Inc.**<br>Box #223695<br>Pittsburgh, PA 15251 | **Trade Debt** | | **$42,000.00** |
| **The Lab**<br>637 West 27th Street<br>New York, NY 10001 | **The Lab**<br>637 West 27th Street<br>New York, NY 10001 | **Trade Debt** | | **$38,038.10** |
| **RR Donnelley**<br>PO Box 13654<br>Newark, NJ 07188 | **RR Donnelley**<br>PO Box 13654<br>Newark, NJ 07188 | **Trade Debt** | | **$36,830.00** |
| **Shoretel**<br>4921 Solution Center<br>Chicago, IL 60677 | **Shoretel**<br>4921 Solution Center<br>Chicago, IL 60677 | **Trade Debt** | | **$25,220.67** |
| **Anderson Kill & Olick, P.C.**<br>1251 Avenue of the Americas<br>New York, NY 10020 | **Anderson Kill & Olick, P.C.**<br>1251 Avenue of the Americas<br>New York, NY 10020 | **Trade Debt** | | **$23,053.69** |
| **Thomson Reuters LLC**<br>PO Box 415983<br>Boston, MA 02241 | **Thomson Reuters LLC**<br>PO Box 415983<br>Boston, MA 02241 | **Trade Debt** | | **$21,342.83** |
| **Cohn Reznick**<br>4 Becker Farm Rd<br>PO Box 954<br>Roseland, NJ 07068 | **Cohn Reznick**<br>4 Becker Farm Rd<br>PO Box 954<br>Roseland, NJ 07068 | **Trade Debt** | | **$21,240.00** |

In re **Kid Brands, Inc.**      Case No. **14-22582 (DHS)**

                    Debtor(s)      Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
**(Continuation Sheet)**

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, Glenn Langberg, the Chief Restructuring Officer of the corporation named as the Debtors in these Chapter 11 Cases, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 20, 2014**        Signature   */s/ Glenn Langberg*
                                                **Glenn Langberg**
                                                **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.