**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Steven M. Skolnick, Esq.
S. Jason Teele, Esq.
Nicole Stefanelli, Esq.
Anthony De Leo, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Kid Brands, Inc., *et al.*,[1] | Case No. 14-22582 (DHS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CANCELLATION OF HEARING
SCHEDULED FOR OCTOBER 30, 2014 AT 10:00 A.M. AND
AGENDA OF MATTERS TO BE DECIDED WITHOUT HEARING**

1. Motion for Entry of an Order Extending the Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Docket No. 372; Filed on 9/26/2014]

   Related Document(s):

   a) Notice of Hearing Scheduled for October 30, 2014 at 10:00 a.m. [Docket No. 378]

   b) Certificate of Service regarding Docket No. 372 [Docket No. 380]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Kid Brands, Inc. (5337); Kids Line, LLC (0448); Sassy, Inc. (9722); I&J Holdco, Inc. (1543); LaJobi, Inc. (1450); CoCaLo, Inc. (3844); and RB Trademark Holdco, LLC (0611). The Debtors' corporate headquarters are located at 301 Route 17 North, 6th Floor, Rutherford, New Jersey 07070.

R6497/17
10/29/2014 33462634.1

    c)    Bridge Order Extending The Debtors' Exclusive periods in which to file a Ch. 11 Plan and to Solicit votes thereon pending hearing on Debtors' Motion [Docket No. 382]

    d)    BNC Certificate of Notice - Order. Notice Date 10/04/2014 [Docket No. 384]

    e)    Certificate of Service regarding Docket No. 378 [Docket No. 388]

Objection Deadline: October 21, 2014 at 5:00 p.m.

Response(s) Received: None.

Status: No hearing will be held with respect to this matter. The Debtors request entry of the proposed order submitted with the Motion.

2. Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Executory Contracts and Unexpired Leases of Nonresidential Real Property [Docket No. 373; Filed on 9/26/2014]

Related Document(s):

    a)    Notice of Filing of Revised Exhibit to the Debtors' Second Omnibus Motion to Reject Executory Contracts and Unexpired Leases of Nonresidential Real Property [Docket No. 374]

    b)    Notice of Hearing Scheduled for October 30, 2014 at 10:00 a.m. [Docket No. 378]

    c)    Certificate of Service regarding Docket No. 373 [Docket No. 381]

    d)    Supplemental Certificate of Service regarding Docket No. 373 [Docket No. 385]

    e)    Certificate of Service regarding Docket No. 374 [Docket No. 386]

    f)    Certificate of Service regarding Docket No. 378 [Docket No. 388]

Objection Deadline: October 23, 2014

Response(s) Received: The Debtors received informal responses from National Distribution Centers, L.P. and Lincoln Equities Group, LLC.

Status: No hearing will be held with respect to this matter. The Debtors will submit a revised form of order to the Court.

Case 14-22582-DHS    Doc 421    Filed 10/29/14    Entered 10/29/14 16:35:27    Desc Main
Document      Page 3 of 3

3. Debtors' Application for Entry of an Order Approving the Amended Services Agreement with University Management Associates & Consultants Corporation [Docket No. 377; Filed on 10/1/2014]

   Related Document(s):

   a) Notice of Hearing Scheduled for October 30, 2014 at 10:00 a.m. [Docket No. 378]

   b) Certificate of Service regarding Docket No. 377 [Docket No. 387]

   c) Certificate of Service regarding Docket No. 378 [Docket No. 388]

   Objection Deadline:    October 23, 2014

   Response(s) Received:    None.

   Status:    No hearing will be held with respect to this matter. The Debtors request entry of the proposed order submitted with the Motion.

Dated: October 29, 2014

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ Nicole Stefanelli
Kenneth A. Rosen, Esq.
Steven M. Skolnick, Esq.
S. Jason Teele, Esq.
Nicole Stefanelli, Esq.
Anthony De Leo, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*