UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Steven M. Skolnick, Esq.
S. Jason Teele, Esq.
Nicole Stefanelli, Esq.
Anthony De Leo, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

Order Filed on 11/10/2014 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| Kid Brands, Inc., *et al.*,[1] | Case No. 14-22582 (DHS) |
| Debtors. | (Jointly Administered) |

**ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE
A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: 11/10/2014**

_____
Honorable Donald H. Steckroth
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Kid Brands, Inc. (5337); Kids Line, LLC (0448); Sassy, Inc. (9722); I&J Holdco, Inc. (1543); LaJobi, Inc. (1450); CoCaLo, Inc. (3844); and RB Trademark Holdco, LLC (0611). The Debtors' corporate headquarters are located at 301 Route 17 North, 6th Floor, Rutherford, New Jersey 07070.

R6497/17
11/05/2014 32590149.1

Page:    2
Debtor:  Kid Brands, Inc., *et al*.
Case No.: 14-22582 (DHS)
Caption: Order Extending the Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon

---

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") for an Order Extending the Debtors' Exclusive Periods in which to File a Chapter 11 Plan and Solicit Votes Thereon; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* dated as of September 18, 2012 (Simandle, C.J.); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that:

1.   The Motion is granted, as set forth herein.

2.   The Debtors' Exclusive Filing Period is hereby extended through and including January 14, 2015.

3.   The Debtors' Exclusive Solicitation Period is hereby extended through and including March 16, 2015.

4.   The extension of the Exclusive Periods is without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods.

5.   The requirement set forth in Local Rule 9013-2 that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

6.   The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

-2-

*Approved by Judge Donald H. Steckroth November 10, 2014*

Page:    3
Debtor:  Kid Brands, Inc., *et al*.
Case No.: 14-22582 (DHS)
Caption: Order Extending the Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon

___

7. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

*Approved by Judge Donald H. Steckroth November 10, 2014*