UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on January 6, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kid Brands, Inc.

Case No.: 14-22582

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

## ORDER VACATING FINAL ORDER

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

DATED: January 6, 2015

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

Final Order Pursuant To 11 U.S.C. §§ 105,361,362,364 and 507 (1) Approving Post-Petition
_____

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

Final Order Pursuant To 11 U.S.C. §§ 105,361,362,364 and 507 (1) Approving Post-Petition
_____

dated  1/6/2015  be and the same is hereby vacated.